IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LOIS LORRAINE ADKINS, | ) |
| | ) Case No. 4:07CV00053 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CYTYC CORPORATION, et al., | ) |
| | ) By: Jackson L. Kiser |
| Defendants. | ) Senior United States District Judge |
| | ) |

Before me is the *Motion to Dismiss* by Defendants. I heard oral argument on this motion on June 17, 2008, in Danville, Virginia.

For the reasons stated in the accompanying *Memorandum Opinion*, I **GRANT** Defendant's *Motion to Dismiss*, with leave for Plaintiff to amend her *Complaint* with respect to her claim of negligence by the Defendants' representative at surgery.

The Clerk is directed to send a copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and to the pro se plaintiff.

Entered this 3rd day of July, 2008.

                                                s/Jackson L. Kiser
                                                Senior United States District Judge