IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LOIS LORRAINE ADKINS, ) | |
| ) | Case No. 4:07CV00053 |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED ORDER** |
| ) | |
| CYTYC CORPORATION, et al., ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |
| ) | |

This *Amended Order* amends my prior *Order* entered on July 3, 2008.

For the reasons stated in my *Memorandum Opinion* of July 3, 2008, I **GRANT** Defendant's *Motion to Dismiss*, with leave for Plaintiff to amend her *Complaint* with respect to her claim of negligence by the Defendants' representative at surgery. Plaintiff will have **Fourteen (14) days** from the entry of this *Order* to file an Amended Complaint, should she choose to do so.

The Clerk is directed to send a copy of this *Order* to all counsel of record.

Entered this 9th day of July, 2008.

                                            s/Jackson L. Kiser
                                            Senior United States District Judge